17 So.2d 784

### Burnice (alias Bernice) BOUTWELL v. STATE.

### I Div. 217.

Supreme Court of Alabama.

April 29, 1944.

Hybart & Chason and J. B. Blackburn, all of Bay Minnette, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Burnice, alias Bernice, Boutwell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Boutwell v. State, 17 So.2d 780.

Writ denied.

All the Justices concur.